UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ANA MARIA SOARES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:21-cv-00057-RLY-MPB |
| | ) |
| ROBERT A MEEKS et al., | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

Consistent with the Entry issued today, the court enters final judgment in favor of the Defendants and against Plaintiff on Counts IV, V, VI, VII, VIII, X, XI, and XII. Additionally, the court relinquishes jurisdiction over Plaintiff's state law claims asserted in Counts I, II, and III.

**IT IS SO ORDERED** this 21st day of November 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: ___Dina M. Doyle___
Deputy Clerk, U.S. District Court

Distributed Electronically to Registered Counsel of Record.

Mail to:
Ana Maria Soares
5816 NW Windy Pines Ln
Port St. Lucie, FL 34986